UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Priority Records LLC
1750 N. Vine St.
Los Angeles, CA 90028;

Interscope Records
2220 Colorado Avenue
Santa Monica, CA 90404;

Arista Records LLC
888 Seventh Avenue, 40th Floor
New York, NY 10019;

Warner Bros. Records Inc.
3300 Warner Blvd.
Burbank, CA 91505;

UMG Recordings, Inc.
2220 Colorado Avenue
Santa Monica, CA 90404;

SONY BMG MUSIC ENTERTAINMENT
550 Madison Avenue
New York, NY 10022-3211;

Capitol Records, Inc.
150 Fifth Avenue, 11th Floor
New York, NY 10011;

BMG Music
1540 Broadway
New York, NY 10036;

Elektra Entertainment Group, Inc.
75 Rockefeller Plaza
New York, NY 10019;

Atlantic Recording Corporation
1290 Avenue of the Americas
New York, NY 10014;

Caroline Records, Inc.
104 W. 29th Street
New York, NY 10001;

Maverick Recording Company
9348 Civic Center Drive
Beverly Hills, CA 90210;

Virgin Records America, Inc.
150 Fifth Avenue, 11th Floor
New York, NY 10011;

Civil Action No.: 1:07-cv-00604

LaFace Records LLC
137-139 West 25th Street
New York, NY 10001;

and

Motown Record Company, L.P.
1755 Broadway, 6th Floor
New York, NY 10019,

      Plaintiffs,

  v.

DOES 1 - 12,

      Defendants.

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1)(i), Plaintiffs PRIORITY RECORDS LLC, *et al.*, by and through their attorneys, voluntarily dismiss without prejudice their copyright infringement claim against Defendant Does 1 -12, each party to bear its/his own fees and costs.

The Clerk of Court is respectfully requested to close this case.

                Respectfully submitted,

Dated: May 23, 2007      **/s/**
                Matthew J. Oppenheim (D.C. Bar No. 443698)
                Oppenheim Group
                7304 River Falls Drive
                Potomac, MD  20854
                (301) 299-4986

                Attorney for Plaintiffs